## CARL R. WILDUNG v. SECURITY MORTGAGE COMPANY OF AMERICA AND OTHERS.[1]

### June 6, 1919.

### No. 21,288.

Appeal from findings and conclusions dismissed, because no motion for new trial or entry of judgment.

Action in the district court for Ramsey county to recover $12,200 for conversion. Charles E. Bowen, attorney for plaintiff, obtained an order requiring defendants to show cause why his motion to vacate a stipulation for settlement and dismissal of the action and for an order awarding him the fees to which he was entitled for services rendered plaintiff in the action, and for judgment against defendants for the amount so determined, should not be granted. The matter was heard by Olin B. Lewis, J., who made findings that plaintiff's attorney had a valid lien upon the cause of action for $1,119.18; that for the purpose of enforcing and satisfying the lien the stipulation, release and dismissal in said action, together with the order of court releasing the garnishee in said action, be vacated and set aside and the cause of action reinstated to the extent and in the amount due plaintiff's attorney in the sum of $1,130.13. From the findings of fact, conclusions of law and order for judgment, defendants appealed. Appeal dismissed.

*Todd, Fosnes, Sterling & Nelson*, for appellants.

*Charles E. Bowen*, pro se.

PER CURIAM.

This is an attempt to appeal from findings of fact, conclusions of law and an order for judgment. No motion for a new trial was made and no judgment entered. The appeal must, therefore, be dismissed and the case remanded to the court below for further proceedings. If an appeal is promptly taken after judgment is rendered in the lower court, it may be submitted upon the record and briefs on file in this court and upon the oral arguments which have been presented, provided a stipulation of the parties for such submission is filed herein.

Appeal dismissed.

[1] Reported in 172 N. W. 692.